CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

FEB 0 8 2010

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| SCHWARZ & SCHWARZ OF VIRGINIA, LLC, AND SCHWARZ & SCHWARZ, LLC,<br>*Plaintiffs,*<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S, LONDON WHO SUBSCRIBED TO POLICY NUMBER NC959,<br><br>*Defendant.* | CASE NO. 6:07-cv-00042<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

This matter is before the Court upon the Motion to Retax Costs, filed by Plaintiffs, Schwarz & Schwarz of Virginia, L.L.C., and Schwarz & Schwarz L.L.C., (hereinafter "Schwarz"), on January 19, 2010 (docket no. 123), and Defendant's, Certain Underwriters at Lloyd's, London Who Subscribed to Policy Number NC959 (hereinafter "Underwriters") response thereto, filed January 26, 2010 (docket no. 125).

For the reasons set forth in the accompanying Memorandum Opinion, the Court hereby GRANTS in part and DENIES in part Schwarz's Motion to Retax Costs, and Underwriters are hereby awarded costs against Schwarz in the amount of $11,026.36.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

Entered this 8th day of February, 2010.

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE